1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ORLANDO WILLIAMS,

11          Plaintiff,                No. CIV S-11-3393 CKD P

12      vs.

13   R. FIGUEROA,

14          Defendant.               ORDER FOR PAYMENT

15   _____/      OF INMATE FILING FEE

16   To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17   Sacramento, California 95814:

18          Plaintiff, a state prisoner proceeding without counsel and in forma pauperis, is

19   obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff will be obligated to

20   make monthly payments in the amount of twenty percent of the preceding month's income

21   credited to plaintiff's trust account.  The California Department of Corrections and Rehabilitation

22   is required to send to the Clerk of the Court payments from plaintiff's prison trust account each

23   time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in

24   full.  28 U.S.C. § 1915(b)(2).

25   \\\\\

26   \\\\\

1

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified by the name and number assigned to this action.

2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: April 12, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2