IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO WILLIAMS,

       Plaintiff,                  No. 2:11-cv-3393 CKD P

    vs.

R. FIGUEROA,

       Defendant.           ORDER

_____/

       By order filed April 13, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On May 3, 2012, plaintiff was granted a thirty day extension of time to file his amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////
////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.[1]  See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: June 19, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

will3393.fta

---

[1] On April 17, 2012, plaintiff consented to the jurisdiction of the undersigned. (Dkt. No. 7).